*Lloyd, Jr.,* for petitioner. *Mr. D. Lawrence Groner; Mr. Tazewell Taylor* and *Mr. Floyd Hughes* for respondents.

No. 533. EMPIRE STATE CATTLE COMPANY ET AL., PETITIONERS, *v.* THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY; and No. 534. THE MINNESOTA AND DAKOTA CATTLE COMPANY, PETITIONER, *v.* THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY. January 21, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. James S. Botsford* and *Mr. R. E. Ball* for petitioners. *Mr. Gardiner Lathrop, Mr. Robert Dunlap* and *Mr. A. B. Browne* for respondent.

No. 559. EDWARD S. THOMAS ET AL., TRUSTEES, PETITIONERS, *v.* ANNA D. TAGGART ET AL. January 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Abram I. Elkus* for petitioners. *Mr. Thomas Thacher, Mr. Richard L. Sweezy* and *Mr. George E. Hall* for respondents.

No. 542. THE NEWS AND COURIER COMPANY ET AL., PETITIONERS, *v.* FRANK E. BUTLER ET UX. January 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry A. M. Smith* and *Mr. Wm. Henry Parker* for petitioners. *Mr. Adrian H. Joline* and *Mr. Augustine T. Smythe* for respondents.

No. 549. KNUDSEN-FERGUSON FRUIT COMPANY, PETITIONER, *v.* CHICAGO, ST. LOUIS, MINNEAPOLIS AND OMAHA RAILWAY